William L. BROWN, Sr., Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 01–3353.

United States Court of Appeals, Federal Circuit.

April 3, 2002.

Before MAYER, Chief Judge, NEWMAN, and PROST, Circuit Judges.

PER CURIAM.

William L. Brown, Sr., seeks review of the July 2, 2001, decision of the Merit Systems Protection Board, No. CH3443010506–I–1, dismissing his appeal after Brown voluntarily withdrew it. We *affirm.*

A board decision must be affirmed unless it is found to be: "(1) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; (2) obtained without procedures required by law, rule, or regulation having been followed; or (3) unsupported by substantial evidence." 5 U.S.C. § 7703(c) (1994).

The record contains a letter from Brown submitted to the board explicitly withdrawing his appeal. Because the board properly dismissed Brown's appeal, we may not consider his arguments on the merits.

Doyle E. BETTERS, Petitioner,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY, Respondent.

No. 01–3246.

United States Court of Appeals, Federal Circuit.

April 3, 2002.

Before RADER, GAJARSA, and LINN, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.